# LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Stre[et]
T: 212.792[...]

> The parties' request at ECF No. 16 is GRANTED. The initial case management conference ("ICMC") scheduled for July 7, 2023 is ADJOURNED to **Tuesday, August 1, 2023 at 10:00 a.m.** All other aspects of the Court's order at ECF No. 15 remain in effect, with the parties' proposed case management plan due by **July 25, 2023**.
>
> The Clerk of Court is respectfully directed to close ECF No. 16.
>
> SO ORDERED.   6/30/2023
>
> SARAH L. CAVE
> United States Magistrate Judge

<u>*Via Electronic Filing*</u>
The Honorable Judge Sarah L Cave
U.S. District Court, Southern District
500 Pearl Street
New York, NY 11201

       Re: *Nuvo NY LLC v. Healthline Media, LLC*
          <u>Case No.: 1:23-cv-01485</u>

Dear Honorable Judge Cave:

 This law firm represents Plaintiff Nuvo NY LCC (the "Plaintiff") in the above-referenced matter.

 Pursuant to Rule of I (D) of Your Honor's Individual Practices in Civil Cases, this letter respectfully requests the adjournment of the initial case conference scheduled for Friday, July 7, at 2:00 p.m. to August 7, 2023 or a time convenient for the Court approximately thirty (30) days from the . The Defendant joins in the instant application. The basis of the request is to permit the parties to continue settlement discussions. This is the first application of its kind.

 Thank you, in advance, for your time and attention to this matter.

           Respectfully submitted,

           LEVIN-EPSTEIN & ASSOCIATES, P.C.

           By: <u>*/s/ Joshua D. Levin-Epstein*</u>
              Joshua D. Levin-Epstein, Esq.
              60 East 42nd Street, Suite 4700
              New York, New York 10165
              Tel. No.: (212) 792-0046
              Email: Joshua@levinepstein.com
              *Attorneys for Plaintiff*

VIA ECF: All Counsel