UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NUVO NY LLC,

                Plaintiff,

-v-                                   CIVIL ACTION NO. 23 Civ. 1485 (LAK) (SLC)

HEALTHLINE MEDIA, LLC,                        **ORDER**

                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

By order of the court, the parties were required to file, by July 25, 2023, a joint proposed case management plan ("PCMP") in advance of the initial case management conference scheduled for August 1, 2023. (ECF No. 17). The parties failed to do so. As a one-time courtesy, the Court sua sponte extends the parties' deadline to do so to today, **July 26, 2023**. The parties are warned that further noncompliance with the court's orders may result in sanctions.

Dated:        New York, New York
               July 26, 2023

                                                     SO ORDERED.

                                                     SARAH L. CAVE
                                                     **United States Magistrate Judge**