ALISON M. PRINGLE
APRINGLE@GRSM.COM



**GORDON&REES**
**SCULLY MANSUKHANI**
YOUR 50 STATE PARTNER™

ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY 10004
WWW.GRSM.COM

> The parties' request at ECF No. 19 is GRANTED.  The initial case management conference scheduled for August 1, 2023 is ADJOURNED to **Tuesday, September 5, 2023 at 10:00 a.m.**  All other aspects of the Court's order at ECF No. 15 remain in effect, with the parties' proposed case management plan due by **August 29, 2023**.
>
> The Clerk of Court is respectfully directed to close ECF No. 19.
>
> SO ORDERED.  7/26/2023
>
> SARAH L. CAVE
> United States Magistrate Judge

<u>VIA ECF</u>
Hon. Sarah Cave
U.S. Magistrate Judge
Southern District of New York
500 Pearl Street, Room 1670
New York, New York 10007

Re:    *Nuvo NY, LLC v. Healthline Media, LLC*
       <u>Case No. 1:23-cv-01485-LAK-SLC</u>

Dear Honorable Judge Cave:

This firm represents Defendant Healthline Media, LLC ("Healthline") in the above-referenced matter.  Healthline writes in response to the June 30, 2023 Order Adjourning the Initial Case Management Conference. Dkt No. 17.  Defendant notes that the Order sets the Initial Case Management Conference for Friday, August 1, 2023, directs the Parties to meet and confer no later than 21 days before the Conference, and file a Report of Rule 26(f) Meeting and Proposed Case Management Plan 7 days before the conference. *Id.*

On March 10, 2023, the Court granted Plaintiff's letter Motion for an Extension of Time to serve its Summons and Complaint. Dkt. No. 14.  This Order states: "Plaintiff shall serve the Summons and Complaint by Monday, April 10, 2023." *Id.*  Plaintiff has not yet served or filed its Summons and Complaint.

On June 16, 2023, I met and conferred with Counsel for Plaintiff Nuvo NY, LLC.  We agreed that Plaintiff would request to continue the Initial Case Management in order to permit the parties to continue settlement discussions.  Plaintiff filed a letter stating as such on June 30, 2023.  Dkt. No. 16.  The parties are still engaged in settlement discussions at this time, and request a further adjournment of the Initial Case Management Conference scheduled for August 1, 2023 at 10:00 a.m. to September 1, 2023 or a time convenient for the Court approximately thirty (30) days from the currently scheduled conference.  Plaintiff is in agreement with this request.  This is the second application of its kind.

Should you have any questions, please do not hesitate to contact me.