> The parties' request at ECF No. 22 is GRANTED. The initial case management conference scheduled for September 5, 2023 is ADJOURNED to **Wednesday, October 11, 2023 at 1:00 p.m.** All other aspects of the Court's order at ECF No. 15 remain in effect, with the parties' proposed case management plan due by **October 4, 2023**.
>
> The Clerk of Court is respectfully directed to close ECF No. 22.
>
> SO ORDERED.   8/30/2023
>
> *SARAH L. CAVE*
> *United States Magistrate Judge*

*Via Electronic Filing*
The Honorable Judge Sarah L. Cave
U.S. District Court, Southern District
500 Pearl Street
New York, NY 11201

        Re:    *Nuvo NY LLC v. Healthline Media, LLC*
               Case No.: 1:23-cv-01485

Dear Honorable Judge Cave:

    This law firm represents Plaintiff Nuvo NY LCC (the "Plaintiff") in the above-referenced matter.

    Pursuant to Rule of I (D) of Your Honor's Individual Practices in Civil Cases, this letter respectfully requests the adjournment of the initial case conference scheduled for Tuesday, September 5, 2023 at 10:00 a.m. to October 5, 2023 or a time convenient for the Court approximately thirty (30) days from the date of the instant application, and the parties also respectfully request an extension of time to file the proposed Case Management Plan through and including September 28, 2023. The Defendant Healthline Media, LLC (the "Defendant") joins in the instant application. The basis of the request is to permit the parties to continue settlement discussions. This is the third application of its kind. The Court has granted the previous requests.

    As set forth in the Defendant's letter filed on July 26, 2023 [Dckt. No. 19], the parties are engaged in settlement discussions at this time, and request a further adjournment of the Initial Case Management Conference. The parties have exchanged comprehensive letters to each other in connection with the parties' settlement efforts.

    Thank you, in advance, for your time and attention to this matter.

                              Respectfully submitted,

                              LEVIN-EPSTEIN & ASSOCIATES, P.C.

                            By:  */s/ Joshua D. Levin-Epstein*
                                 Joshua D. Levin-Epstein, Esq.
                                 60 East 42nd Street, Suite 4700
                                 New York, New York 10165
                                 Tel. No.: (212) 792-0046
                                 Email: Joshua@levinepstein.com
                                 *Attorneys for Plaintiff Nuvo NY LLC*

VIA ECF: All Counsel