UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NUVO NY LLC,

                Plaintiff,

-v-                                  CIVIL ACTION NO. 23 Civ. 1485 (LAK) (SLC)

HEALTHLINE MEDIA, LLC,                    **ORDER**

                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

By Order of the Court, the parties were required to file, by November 15, 2023, a joint proposed case management plan ("PCMP") in advance of the initial case management conference scheduled for November 20, 2023 (the "ICMC"). (ECF No. 24; see ECF No. 15). The parties failed to do so. The Court has now granted four requests to adjourn the ICMC (ECF Nos. 17, 20, 22, 24), and previously sua sponte extended the parties' deadline to file the PCMP when they failed to do so in July (ECF No. 18).

As a final courtesy, the Court sua sponte extends the parties' deadline to file the PCMP to **November 15, 2023 at 5:00 p.m.** As this case has been pending in this Court for nearly nine months without discovery having commenced, no extension of the PCMP deadline or adjournment of the ICMC will be granted absent extraordinary circumstances. The parties are warned that further noncompliance with the Court's Orders may result in sanctions.

Dated:        New York, New York
               November 15, 2023

                                              SO ORDERED.

                                          _____
                                          **SARAH L. CAVE**
                                          **United States Magistrate Judge**